Filed By The Court

10/30/2024 10:02 AM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

## RELEASE OF LIEN ON REAL PROPERTY

Whereas _____Latasha Monique Boyd_____ , of _____c/o115 Gap Creek Rd. Apt1G_____ , by a bond
          (Name)                                         (Place of Residence)

for the performance of U.S. Government Contract Number 2024 A4 2201.00012, 2024-BR-.1129

became a surety for the complete and successful performance of said contract, which bond includes a lien
upon certain real property further described hereafter, and

Whereas said surety established the said lien upon the following property

see attachment

and recorded this pledge on _____ Spartanburg County _____
                                              (Name of Land Records)

in the _____ not sure _____ of _____South Carolina_____ ,
                          (Locality)                              (State)

and

Whereas, I, _____ Latasha Monique Boyd _____ , being a duly

authorized representative of the United States Government as a warranted contracting officer, have
determined that the lien is no longer required to ensure further performance of the said Government
contract or satisfaction of claims arising therefrom,

and

Whereas the surety remains liable to the United States Government for continued performance
of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases the aforementioned lien.

10/27/2024
[Date]

Latasha M. Boyd
[Signature]

[Seal]

AUTHORIZED FOR LOCAL REPRODUCTION

**OPTIONAL FORM 90** (REV. 1-90)
Prescribed by GSA-FAR (48 CFR) 53.228 (n)

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas  LATASHA MONIQUE BOYD_____ , of ____115 GAP CREEK RD. APT 1G_____ , by a bond
              (Name)                            (Place of Residence)

for the performance of U.S. Government Contract Number      2024A4220100012, 2024-DR-1129 ,

became a surety for the complete and successful performance of said contract, and Whereas said

surety has placed certain personal property in escrow

in Account Number ___250772227_____ on deposit

at DEPARTMENT OF THE TREASURY_____

                           (Name of Financial Institution)

located at  1500 Pennsylvania Avenue, NW Washington, D.C. 20220_____ , and

                         (Address of Financial Institution)

Whereas I,  Latasha Boyd_____ , being a duly authorized

representative of the United States government as a warranted contracting officer, have determined

that retention in escrow of the following property is no longer required to ensure further performance

of the said Government contract or satisfaction of claims arising therefrom:

      LATASHA MONIQUE BOYD

and

Whereas the surety remains liable to the United States Government for the continued performance of
the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the
property listed above, and directs the custodian of the aforementioned escrow account to deliver the
listed property to the surety.  If the listed property comprises the whole of the property placed in
escrow in the aforementioned escrow account, the Government further directs the custodian to close
the account and to return all property therein to the surety, along with any interest accruing which
remains after the deduction of any fees lawfully owed to

DEPARTMENT OF TREASURY_____ .

               (Name of Financial Institution)

10/28/2028

[Date]

                                 Latasha M. Boyd

                                  [Signature]

                                    Seal

AUTHORIZED FOR LOCAL REPRODUCTION

**OPTIONAL FORM 91** (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(o)

| **Affidavit Of Individual Surety** (See instructions on page 4) | **OMB Control Number: 9000-0001** **Expiration Date: 1/31/2027** |
|---|---|

| State Of South Carolina | County Of Spartanburg | ss. |
|---|---|---|

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. Where the sureties are acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. Name (First, Middle, Last) (Type or Print) Latasha Monique Boyd | 2A. Home Address (Number, Street, City, State, ZIP Code) c/o 115 Gap Creek Rd. Apt 1G Duncan, South Carolina [29334] | | |
|---|---|---|---|
| 3. Type And Duration Of Occupation Authorize representative | | | |
| | 2B. Telephone Number 864-205-3776 | | 2C. Email Address tashasfamily2018@gmail.com |
| 4A. Name And Address Of Employer (Number, Street, City, State, ZIP Code) (If self-employed, so state) LATASHA MONIQUE BOYD 115 GAP CREEK RD. APT 1G DUNCAN, SOUTH CAROLINA 29334 | 5A. Name And Address Of Individual Surety Broker Used (Number, Street, City, State, ZIP Code) LATASHA MONIQUE BOYD 115 GAP CREEK RD. APT 1G DUNCAN, SOUTH CAROLINA 29334 | | |
| | 5B. Surety Broker Email Address | | |
| 4B. Employer Email Address | 5C. Home Telephone Number | 5D. Business Telephone Number | |
| 6A. Name And Address Of Financial Institution Submitting The Pledge Of Securities On Behalf Of Individual Surety (Number, Street, City, State, ZIP Code) Latasha Monique Boyd c/o115 Gap Creek Rd. Apt. 1G Duncan, South Carolina[29334] | 6B. Financial Institution Email Address | 6C. Routing Transit Number (RTN) | |
| | 6D. Contact Person Name | 6E. Contact Person Telephone Number | |
| | 6F. Contact Person Email Address | | |

Authorized For Local Reproduction
Previous Edition Is Not Usable

**STANDARD FORM 28 (REV. 10/2023)**
Prescribed by GSA-FAR (48 CFR) 53.228(e)

7. The Following Is A True Representation Of The Assets I Have Pledged To The United States In Support Of The Attached Bond.  (List The Committee On Uniform Securities Identification Procedures (CUSIP) Number And Par (Face) Amount Of Each Security).

see attachment

8.  Identify All Liens, Judgements, Or Any Other Encumbrances Involving Subject Assets.

See attachment

9. Identify All Bonds, Including Bid Guarantees, For Which The Subject Assets Have Been Pledged Within Three Years Prior To The Date Of Execution Of This Affidavit.

see attachment

**Documentation Of The Pledged Asset Must Be Attached.**

| 10. Signature | 11. Bond And Contract To Which This Affidavit Relates (where appropriate) |
|---|---|
| | LATΛSHA MONIQUE BOYD |

**12. Subscribed And Sworn To Before Me As Follows:**

| a. Date Oath Administered | b. City And State (or other jurisdiction) | | Official Seal |
|---|---|---|---|
| Month     Day     Year | | | |
| c. Name And Title Of Official Administering Oath (type or print) | d. Signature | e. My Commission Expires | |

Instructions

1. Individual sureties on bonds executed in connection with Government contracts must complete
   and submit this form with the bond. (See Federal Acquisition Regulation (FAR) 28.203, 53.228(e).)
   The surety must have the completed form notarized.

2. No corporation, partnership, or other unincorporated association or firm, as such, is acceptable as an
   individual surety (i.e. must be a natural person). Likewise, members of a partnership are not
   acceptable as sureties on bonds that a partnership or an association, or any co-partner or member
   thereof, is the principal obligor. An individual surety will not include any financial interest in assets
   connected with the principal on the bond that this affidavit supports.

3. United States citizenship is a requirement for individual sureties for contracts and bonds when the
   contract is awarded in the United States. However, when the Contracting Officer is located in an
   outlying area or a foreign country, the individual surety is only required to be a permanent resident of
   the area or country in which the contracting officer is located.

4. All signatures of the affidavit submitted must be originals. Affidavits bearing reproduced signatures
   are not acceptable. An authorized person must sign the bond. Any person signing in a representative
   capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a
   member of a firm, partnership, or joint venture, or an officer of the corporation involved.

**Paperwork Reduction Act Statement**

This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the
Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid
Office of Management and Budget (OMB) control number. The OMB control number for this collection is
9000-0001. We estimate that it will take 0.3 hours to read the instructions, gather the facts, and answer the
questions. Send only comments relating to our time estimate, including suggestions for reducing this
burden, or any other aspects of this collection of information to: U.S. General Services Administration,
Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

**STANDARD FORM 28** (REV. 10/2023) **PAGE 4**

| **Bid Bond**<br>(See Instructions on Page 3) | Date Bond Executed (Must Not Be Later Than Bid Opening Date) | **OMB Control Number: 9000-0001**<br>**Expiration Date: 1/31/2027** |
|---|---|---|

| Principal (Legal Name And Business Address)<br>Latasha Monique Boyd<br>c/o 115 Gap Creek Rd. Apt 1G<br>Duncan South Carolina [29334] | Type Of Organization ("X" One)<br>☐ Individual  ☐ Partnership  ☒ Joint Venture<br>☐ Corporation  ☐ Other (Specify)<br><br>State Of Incorporation<br>South Carolina |
|---|---|

Surety(ies) (Name And Business Address)
LATASHA MONIQUE BOYD
SS # 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

| Penal Sum Of Bond | | | | | Bid Identification | |
|---|---|---|---|---|---|---|
| Percent Of Bid Price | Amount Not To Exceed | | | | Bid Date | Invitation Number |
| | Million(s) | Thousand(s) | Hundred(s) | Cents | | 2024-DR-42-1129 |
| | 999 | 999 | 999 | 99 | For (Construction, Supplies Or Services)<br>Services | |

**Obligation:**

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**Conditions:**

The Principal has submitted the bid identified above.

**Therefore:**

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the Principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the Surety(ies) of extension(s) is waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

Authorized For Local Reproduction
Previous Edition Is Not Usable

**STANDARD FORM 24 (REV. 10/2023)**
Prescribed by GSA - FAR (48 CFR) 53.228(a)

**Witness:**

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

**Principal**

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| Signature(s) | *Latasha M. Boyd* (Seal) | (Seal) | (Seal) | Corporate Seal |
| Name(s) And Title(s) (Typed) | 1. LATASHA M. BOYD  Authorized representative | 2. | 3. | |

**Individual Surety(ies)**

| | 1. | | 2. | |
|---|---|---|---|---|
| Signature(s) | *Latasha M. Boyd* | (Seal) | | (Seal) |
| Name(s) (Typed) | 1. LATASHA M. BOYD | | 2. | |

**Corporate Surety(ies)**

| | | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| **Surety A** | Name And Address | LATASHA M. BOYD  SG 0580|096 Regional | | 10,000,000,000 | |
| | Signature(s) | 1. *Latasha M. Boyd* | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. LATASHA M. BOYD  Ens legis Trust Estates Accout | 2. | | |
| **Surety B** | Name And Address | | | State Of Incorporation | Liability Limit ($) | |
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |
| **Surety C** | Name And Address | | State Of Incorporation | Liability Limit ($) | |
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |
| **Surety D** | Name And Address | | State Of Incorporation | Liability Limit ($) | |
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |

| | | | State Of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| **Surety E** | Name And Address | | State Of Incorporation | Liability Limit ($) | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |
| **Surety F** | Name And Address | | State Of Incorporation | Liability Limit ($) | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |
| **Surety G** | Name And Address | | State Of Incorporation | Liability Limit ($) | Corporate Seal |
| | Signature(s) | 1. | 2. | | |
| | Name(s) And Title(s) (Typed) | 1. | 2. | | |

## Instructions

1. This form is authorized for use when a bid guaranty is required.  Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form.  An authorized person shall sign the bond.  Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price.  In these cases, the bond may state a maximum dollar limitation (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein.  The value put into the Liability Limit block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

(b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "Corporate Surety(ies)."  In the space designated "Surety(ies)" on the face of the form, insert only the letter identifier corresponding to each of the sureties.  Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bond, provided that the sum total of their liability equals 100% of the bond penal sum.

(c) When individual sureties are involved, a completed <u>Affidavit of Individual Surety (Standard Form 28)</u> for each individual surety, shall accompany the bond.  The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals.  Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

---

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995.  You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number.  The OMB control number for this collection is 9000-0001.  We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions.  Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to:  General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

**STANDARD FORM 24** (REV. 10/2023) **PAGE 4**

| Performance Bond | Date Bond Executed (Must be same or later than date of contract) | OMB Control Number: 9000-0001 Expiration Date: 1/31/2027 |
|---|---|---|

See Instructions on page 3

| Principal (Legal name and business address) | Type of Organization ("X" one) | | |
|---|---|---|---|
| Latasha Monique Boyd c/o 115 gap creek rd. Apt 1G Duncan South Carolina [29334] | ☐ Individual   ☐ Partnership ☒ Joint Venture ☐ Corporation ☐ Other (Specify) | | |
| | State of Incorporation South Carolina | | |
| Surety(ies) (Name(s) and business address(es)) LATASHA MONIQUE BOYD SS# 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 | Penal Sum of Bond | | |

| | Million(s) | Thousand(s) | Hundred(s) | Cents |
|---|---|---|---|---|
| | 999 | 999 | 999 | 99 |

| Contract Date | Contract Number |
|---|---|
| 05/10/2024 | 2024-DR-1129 |

Obligation:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

Conditions:

The Principal has entered into the contract identified above.

Therefore:

The above obligation is void if the Principal-

(a) (1) Performs and fulfills all the understanding, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice of the Surety(ies) and during the life of any guaranty required under the contract, and

(2) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to 41 USC Chapter 31, Subchapter III, Bonds, which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

Authorized For Local Reproduction
Previous Edition Is Not Usable

**STANDARD FORM 25 (REV. 10/2023)**
Prescribed by GSA-FAR (48 CFR) 53.228(b)

Witness:

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

**Principal**

| | | | | |
|---|---|---|---|---|
| Signature(s) | 1. *Latasha M. Boyd* (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| Name(s) & Title(s) (Typed) | 1. Latasha M. Boyd Authorized Representative | 2. | 3. | |

**Individual Surety(ies)**

| | | | |
|---|---|---|---|
| Signature(s) | 1. (Seal) | 2. (Seal) | |
| Name(s) (Typed) | 1. | 2. | |

**Corporate Surety(ies)**

| Surety A | | | State of Incorporation | Liability Limit ($) |
|---|---|---|---|---|
| | Name & Address | LATASHA M. BOYD 56-05 801096 | | 10,000,000,000. |
| | Signature(s) | 1. *Latasha M Boyd* | 2. | |
| | Name(s) & Title(s) (Typed) | 1. LATASHA M. BOYD ENS LEGIS TRUST ACCOUNT | 2. | Corporate Seal |

| Surety B | | | State of Incorporation | Liability Limit ($) |
|---|---|---|---|---|
| | Name & Address | | | |
| | Signature(s) | 1. | 2. | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | Corporate Seal |

| Surety C | | | State of Incorporation | Liability Limit ($) |
|---|---|---|---|---|
| | Name & Address | | | |
| | Signature(s) | 1. | 2. | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | Corporate Seal |

| Surety D | | | State of Incorporation | Liability Limit ($) |
|---|---|---|---|---|
| | Name & Address | | | |
| | Signature(s) | 1. | 2. | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | Corporate Seal |

| Surety E | | | State of Incorporation | Liability Limit ($) |
|---|---|---|---|---|
| | Name & Address | | | |
| | Signature(s) | 1. | 2. | |
| | Name(s) & Title(s) (Typed) | 1. | 2. | Corporate Seal |

## Corporate Surety(ies) (continued)

| Surety F | | | State of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| | Name & Address | | | | |
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| Surety G | | | State of Incorporation | Liability Limit ($) | |
|---|---|---|---|---|---|
| | Name & Address | | | | |
| | Signature(s) | 1. | 2. | | Corporate Seal |
| | Name(s) & Title(s) (Typed) | 1. | 2. | | |

| Bond Premium ▶ | Rate Per Thousand ($) | Total ($) |
|---|---|---|
| | | |

## Instructions

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the Liability Limit block is the penal sum (i.e., the face value) of bonds, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "Corporate Surety(ies)." In the space designated "Surety(ies)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 25** (REV. 10/2023) **PAGE 3**

| Payment Bond (See Instructions On Page 3) | Date Bond Executed (Must be same or later than date of contract) | OMB Control Number: 9000-0001 Expiration Date: 1/31/2027 |
|---|---|---|

| Principal (Legal name and business address) | Type Of Organization ("X" one) |
|---|---|
| Latasha Monique Boyd<br>c/o Gap Creek Rd. Apt 1G<br>Duncan South Carolina [29334] | ☐Individual   ☐Partnership ☒Joint Venture<br>☐Corporation ☐Other (Specify) |
| | State Of Incorporation<br>South Carolina |

| Surety(ies) (Name(s) and business address(es)) | Penal Sum Of Bond | | | |
|---|---|---|---|---|
| LATASHA MONIQUE BOYD<br>SS# 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 | Million(s)<br>999 | Thousand(s)<br>999 | Hundred(s)<br>999 | Cents<br>99 |
| | Contract Date<br>05/10/2024 | | Contract Number<br>2024-DR-42-1129 | |

**Obligation:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

**Conditions:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for In the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**Witness:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**Principal**

| Signature(s) | 1. *(signature)* (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| Name(s) & Title(s) (Typed) | 1. LATASHA M. BOYD Authorized Represen-tative | 2. | 3. | |

**Individual Surety(ies)**

| Signature(s) | 1. *(signature)* (Seal) | 2. (Seal) |
|---|---|---|
| Name(s) (Typed) | 1. LATASHA M. BOYD | 2. |

**Corporate Surety(ies)**

| Surety A | Name & Address | LATASHA M. BOYD SC,0586I09G | State Of Incorporation | Liability Limit $ | Corporate Seal |
|---|---|---|---|---|---|
| | Signature(s) | 1. *(signature)* M. Boyd | 2. | | |
| | Name(s) & Title(s) (Typed) | 1. LATASHA M. BOYD EnS Legs Trust Account | 2. | | |

Authorized For Local Reproduction
Previous Edition Is Not Usable

**STANDARD FORM 25A (REV. 10/2023)**
Prescribed by GSA-FAR (48 CFR) 53.228(c)

## Corporate Surety(ies) (Continued)

| Surety B | Name & Address | | State Of Incorporation | Liability Limit $ | |
| | Signature(s) 1. | | 2. | | Corporate Seal |
| | Name(s) & Title(s) (Typed) 1. | | 2. | | |

| Surety C | Name & Address | | State Of Incorporation | Liability Limit $ | |
| | Signature(s) 1. | | 2. | | Corporate Seal |
| | Name(s) & Title(s) (Typed) 1. | | 2. | | |

| Surety D | Name & Address | | State Of Incorporation | Liability Limit $ | |
| | Signature(s) 1. | | 2. | | Corporate Seal |
| | Name(s) & Title(s) (Typed) 1. | | 2. | | |

| Surety E | Name & Address | | State Of Incorporation | Liability Limit $ | |
| | Signature(s) 1. | | 2. | | Corporate Seal |
| | Name(s) & Title(s) (Typed) 1. | | 2. | | |

| Surety F | Name & Address | | State Of Incorporation | Liability Limit $ | |
| | Signature(s) 1. | | 2. | | Corporate Seal |
| | Name(s) & Title(s) (Typed) 1. | | 2. | | |

| Surety G | Name & Address | | State Of Incorporation | Liability Limit $ | |
| | Signature(s) 1. | | 2. | | Corporate Seal |
| | Name(s) & Title(s) (Typed) 1. | | 2. | | |

## Instructions

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the Liability Limit block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "Corporate Surety(ies)." In the space designated "Surety(ies)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.


## Paperwork Reduction Act Statement

This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC 20405.

**STANDARD FORM 25A** (REV. 10/2023) **PAGE 3**

**Paperwork Reduction Act Statement**

This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the
Paperwork Reduction Act of 1995.  You do not need to answer these questions unless we display a valid
Office of Management and Budget (OMB) control number.  The OMB control number for this collection is
9000-0001.  We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the
questions.  Send only comments relating to our time estimate, including suggestions for reducing this
burden, or any other aspects of this collection of information to:  U.S. General Services Administration,
Regulatory Secretariat Division (MVCB), 1800 F Street, NW, Washington, DC  20405.

Non-Negotiable Non-Transferable Charge Back
Office Holder - Secretary of the Treasury
I accept for value all related endorsements in accordance with
UCC 3-419, HJR 192 and Public Law 73-10. Charge my
Private UCC Contract Trust Account Employer Identification #
250772227 for the registration fees and command the memory of
account # 250772227 to charge the same to the Debtor's Order, or
your Order. Employer Identification # 250772227-Bond #
G07256848 Pre-Paid – Preferred Stock – Priority
Exempt from Levy – Posted: Certified Account
Invoice # LMB20241028   Date 10/28/2024
Latasha M. Boyd

LATASHA M. BOYD, Claimant
c/o Latasha Boyd, Notary Public
115 Gap Creek Rd. Apt. 1G
Duncan, South Carolina
[29334]

First Mailing 10/28/2024

To the following Respondents:

Helen E. Burris
300 E Washington St,
Greenville, SC 29601

Certified Mail No.
9589 0710 5270 1872 8238 00

Jacquelyn D. Austin
250 East North Street
Greenville, SC 29601

Certified Mail No.
9589 0710 5270 1872 8238 17

Re: The State of South Carolina Vs Latasha Monique Boyd Case No. 2024A4220100012
Re: Department of Social Service Vs Latasha Monique Boyd No. 2024-DR-1129

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Dear Honorable Burris and other Respondents:

Please note, I have been informed the court sold bonds and/or securities bearing the name
**LATASHA MONIQUE BOYD**, under SSN **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**, without my knowledge and consent,
which I believe is securities fraud, as well as breach of your fiduciary duties. While I am not
making such an accusation currently, I am giving you an opportunity to rectify the situation.
Enclosed you will find GSA forms OF90; Release of Lien on Real Property, OF91 Release of
Personal Property from Escrow, SF28; Affidavit of Individual Surety, SF24 Bid Bond; SF25;
Performance Bond and SF25A; Payment Bond. These bonds authorize you to order the release of
the defendant/surety from prison and/or conditions of release. I demand to be released
immediately. I also request that the record for Case Number(s) be amended to reflect the proper
accounting to maintain the integrity of the data used in the national matching program.

It is my intent, through use of these government forms, to provide the remedy to settle and close
the case and all associated accounts. It is my understanding that the defendant/trust has been an
agency/vessel of the United States since February 05, 1989, and a resident of the State of South
Carolina.

*26 USC § 2031* (see 2652: definition of a trust - "any arrangement that has the effect of a trust is a trust whether it is called a trust or not') [ Insinuation (Blks 8th and 5th), any time a deed is recorded by insinuation, it's called a donation](due to the fraud of the secrecy)[2046 Balance sheet], [1041 instruction booklet, pg. 2,6 and 13] 6209 decoding manual; Title 12 sec 1813 L-1 "'Any note deposited in a demand deposit account becomes the equivalent of cash and is a cash proceed. RCW 62A.3-104(e)[UCC 3-104 E] "any note is a liability instrument or it can be treated as a draft" endorsed on the back as payee and Kentral- Que:Man was the payor as in a check I am the contracting officer for said trust, and no contracts are entered into without my signature. The trust known as **LATASHA MONIQUE BOYD**, account #**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**, has a bonded escrow account located at the DTC, from where all necessary funds may be accessed. (26 USC 2611 defines a "skip person" as a trust) including all incidents stemming from, relating to or having any relationship to from or with Spartanburg County South Carolina for and on behalf of beneficiary **Latasha-Monique: Boyd.**

This fraud was brought upon the Court when, as co-fiduciary trustees, they represented the plaintiff/ principal(s) to be the above listed plaintiff/principal(s) knowing that the Securities and Exchange Commission (SEC) SQ/SA and 424b5 prospectus filing(s) listed different entity(s) ownership(s) and I believe that no evidence to the contrary exists.  The above named Administrators, Executors, Representatives and Fiduciary Trustee's while acting in their official capacities agree to hold the Grantor/Beneficiary Kentral-Que: Man harmless from any liability or loss by indemnification and bond from any and all possible taxable terminations, transfers, distributions, direct skips originating from the Legal Estate of the Decedent **LATASHA MONIQUE BOYD** political commercial account No, **250772227.** At the expiration of 72 HOURS of the date of this Indenture Agreement, Indemnity Bond, without the total and complete correction of the record will constitute a breach of contract with a summary judgment and an international commercial Notice of lien on the real and movable property, malpractice bond(s) and nonperformance bond(s) of each and every Co-Fiduciary/ Trustee and Co-Administrator, and all others similarly situated, et al, to be offered to the international community for execution.

This appointment will not be affected by the addition of additional Co-Administrators and Co-Fiduciary Trustees from time to time by the Grantor Beneficiary Kentral-Qee: Man, {*Beatty v Guggenheim Exploration Co. 122 NE 378 (/9/9). 225 NY 380. 119 NE 575.223 NY 294 (/9/8).* Landmark case all constructive trust} as they become known. FAILURE TO CORRECT THE RECORD AND SETTLE THE ACCOUNT WITHIN 72 HOURS will constitute a Trust ex maleficio and will result in a claim of Fiduciary Trust FRAUD for the wrongful conversion of beneficiary Stacy Paulette: McGuire's beneficial interest including the conversion of counterfeited securities and obstruction of justice with a claim to the Criminal Tax Division of the Internal Revenue Service for Criminal tax evasion of $500,000.00 including but not limited to many years in prison ( Trezevant v. City of Tampa] and 1099OID and 1099C showing you as the recipient of the funds on this taxable instrument(s) and the international community for the execution of penalties for counterfeit securities issued against the Joe-Cold: Sixpack and without any

## AGREEMENT.

Pursuant to this Private Settlement Agreement Judgment:

IT IS DECLARED:

There now exists, a private contract between us and what I expect of you co-administrators and co-fiduciary trustees to remain on your side of the Declaration of Rights that precedes and attaches

to the STATE OF WASHINGTON corporation constitution and that you remain in the state corporation constitution and out of my domain which is the declaration of the Bill of Rights and:

IT IS the intent herein that any conducted court proceedings are intended to be of competent jurisdiction and

IT IS the intent herein that Plaintiffs are corporations and

IT IS the intent herein that the Plaintiffs have failed to state a claim upon which relief can be granted [12(b)(6) and

IT IS the intent herein that the act of criminal barratry will be charged to the clerk of court and/or the court administrator for any reassignment of fiduciary duty by the court administrator and/or denial to the filing of this Private Settlement Agreement Order creating the denial of the right to access the court and

IT IS the intent herein that the act of criminal barratry will be charged to the judge/agent, clerk of court and/or court administrator for any controversy brought into this court in opposition to this Private Settlement Agreement and

---

*Counterfeit Securities-- Pursuant to Title 18 USC § 4, of the commission of crimes cognizable by a court of the United States under Title 18 USC § 513 to wit: "513(a) Whoever makes.. utters or possesses a counterfeited security of a State or political subdivision thereof or of an organization with intent to deceive another person, organization, or government, shall be fined not more than $250,000.00 or imprisoned not more than ten years, or both.*

*See also Sections 23 11, 23 14, and 2320 for additional fines and sanctions. Among the securities defined at 18 USC § 2311 is included "evidence of indebtedness" which, in a broad sense, may mean anything that is due and owing which would include a duty, obligation or right of action.*

---

IT IS the intent herein that abuse of office, and official misconduct will occur for any failure of the clerk of court and/or court administrator and/or judge/agent to place this Private Settlement Agreement into the evidence file and

IT IS the intent herein that standard judicial operating procedures (SOP) can never overrule obstruction of justice or due process [Trezevant v. City of Tampa] and

IT IS the intent herein that any applicable damages shall be assessed at the rate previously set in Trezevant v. City of Tampa and

IT IS the intent herein that Administrators, Executors, Fiduciary Trustee's provide equal protection of the law as a Matter of Law and as a Matter of Record and

IT IS the intent herein that Administrators, Executors, Fiduciary Trustee's comply with Federal Congressional Legislation by not upholding recoupment and

IT IS the intent herein that the act of criminal barratry, abuse of office and/or official misconduct will be charged to the judge/agent, clerk of court and/or court administrator for any failure to acknowledge and deliver this Private Settlement Agreement judgment pursuant to the tenants herein and

IT IS the intent herein that this judgment is acknowledged by Plaintiffs and the Clerk of Court and

IT IS the intent herein that this judgment is entered with prejudice.

I have a right to redeem the bonds which the court and/or the prison sold in the Defendant/Inmate's name and social security number, therefore I am replacing those bonds with the enclosed bonds. I now own this case. The enclosed forms authorize you, and indeed, order you to:

1) RECALL all the bonds/securities which were previously sold in my name and social security number, and refund these monies to me, as those funds belong to me.
2) Obtain your funding through the bonds enclosed.
3) Send a statement of account showing a zero (0) balance, and a check for all bond monies previously received on this account, to the above mail location.
4) Release the defendant/surety from confinement and all conditions of supervised release, immediately.

THESE FORMS ARE NOT SUBJECT TO THE DISCRETION OF THE COURT or other recipients. If you think you have reason to reject these forms, you are required to **provide proof of claim via a sworn affidavit** as to why you are not required to accept the forms, or advise me of any defect you may find in the forms, and **provide your bond in support of your position.** Your failure to do so will be certified as fraud on your part, pursuant to *U.S. v. Tweel*. Please note that the court's comments are directed at Internal Revenue Service employees, and apply equally to all government employees.

> "Silence can only be equated with **fraud** <u>when there is a legal or moral duty to speak,</u> <u>or when an inquiry left unanswered would be intentionally misleading.</u> . . . We cannot condone this shocking conduct. . . . If this is the case we hope our message is clear. This sort of deception will not be tolerated and if this is routine it should be corrected immediately." *U.S. v. Tweel*, 550 F2d 297, 299-300

YOUR RESPONSIBILITY. I understand it may take 30 days to process the enclosed bonds, but I require a goodfaith letter from you, **within 20 days of the postmark on this communication,** acknowledging receipt of the bonds and your good-faith intention to process the bonds and release me, <u>or in the alternative, your affidavit and bond in support of your claim of a defect in the bonds.</u> I am also requesting copies of the 1099-OIDs which were (or should have been) originally filed in regard to this case, as well as copies of IRS forms 706 and 709 which should have been filed. Your failure to respond within this time frame, in the manner stipulated, will comprise your default.

DEFAULT. Failure to respond pursuant to the said terms of response or specifically perform under the provisions of the enclosed government forms, i.e., credit and ledger claimant's tender of consideration, will comprise a default on your part. As an operation of law, a default will comprise your agreement, consent and confession to all of the terms, statements and facts herein and

herewith, and all inclusions and indorsements, front and back, annexed hereto.  Your default will comprise your confession **to holding all liability in the aforesaid matter, your stipulation that the above noted party has exhausted his/her administrative remedy, and your consent to all necessary collection procedures**.  As well, your default will comprise your confession to securities fraud, tax fraud, breach of fiduciary duty and false imprisonment, and will be certified and reported to the Governor and the Comptroller of your State, the IRS and the United States Attorney in your area.  Your default will comprise your agreement to the **arrest of your bond**, and to the filing of criminal complaints and/or a tort against you.

**CONFESSION OF JUDGMENT:**  Default will comprise your agreement to accept and pay certain fees.  **Your default is your agreement to pay a co-claimant fee of Fifty Million Dollars ($50,000,000.00) for the privilege of  being joined as a co-Claimant against legal fiction LATASHA MONIQUE BOYD  pursuant to each attempt to impair the Claim or stultify the Claimant (me) or Debtor (the Trust).**

**Self-Executing Power of Attorney.**  To facilitate your strict compliance with all of the terms of the Contract, if you fail to correct the default within ten (10) days, you give, by remaining silent, unlimited power of attorney to Claimant to sign and execute for you regarding enforcement of your obligations under this Contract.  In that event, you instruct and authorize the Claimant to **execute Respondent's signature(s) in representative capacity on a  *Self-executing Power of Attorney* document** .

ESTOPPEL BY ACQUIESCENCE.  Your Default will comprise your agreement that all issues pertaining to this Contact are deemed settled and closed **res judicata, stare decisis** and **collateral estoppel**, and as a result, **judgment by estoppel**, and therein you will be confessing to the criminal act of false imprisonment should you fail to release me.

WAIVER OF RIGHTS.  CONFESSION OF JUDGMENT.  Your Default will comprise your consent, agreement and confession to **waive any and all rights** to raise a controversy, appeal, object to, or controvert administratively or judicially any of the terms and provisions in this Contract or the estoppel, as well as your consent to serving as a successor surety for all obligations, commercial and corporeal, attributed to the account.  Upon Default, you and your agents may not argue, controvert, or protest the finality of the administrative findings to which you have agreed unless such Waiver of Rights which follows is declined in writing. Any such argument or controversy will comprise your confession to Perjury, Enticement to Slavery and various crimes against humanity. The respondent's confession of judgment in the said amount is res judicata and stare decisis.

## DENIAL OF WAIVER OF RIGHTS

I, _____, Respondent, hereby acknowledge that I have received, read and fully understand this administrative remedy presentment with attachments, endorsements and schedules, and do hereby reserve the right to raise a justiciable controversy by exhibiting verified proof of claim and loss no later than 11/12/2024 [must be within ten (10) days of date of signing below unless written permission for a longer period of time is obtained in writing from the Third Party Intervener/Real Party in Interest under injury].  In the event the said claim is honored, I further agree to settle all associated accounts to a zero ($-0-) Final Ending Balance.

Respondent signature:

_____, Date

CERTIFICATION AND RECORDING OF NON-PERFORMANCE FOR EVIDENTIARY
PURPOSES.  For your protection, non-performance will be certified and recorded in the public
record as evidence that **LATASHA MONIQUE BOYD has exhausted her administrative
remedy and that you have elected to waive all rights to raise a controversy or claim
immunity from collection proceedings, having declined the opportunity to plead.**
Thank you for your assistance with this matter.

Sincerely,
LATASHA MONIQUE BOYD
Government-created ens
legis/trust

By:  Latasha Monique Boyd
Authorized Representative

10/28/2024

Coming to age of Majority I am here to claim **LATASHA MONIQUE BOYD** Right here is the one that communicates for her, was never allowed the opportunity to speak but I am here now! **The Emergency Act of March 9, 1933**, trading with the enemy, has you all working off bribes to place an attack on the Indigenous people's land. While the United States was bankrupt, the foreigners placed an attack on the Indigenous people. My family has been getting robbed and killed, Spartanburg Regional killed my grandmother on Valentine's Day.

I watched how this whole system operates. DSS targeted me as a child, and they all premeditated my life, I have been raped for my innocence, targeted before the age of seven. Just to steal my family's Land. The Indigenous woman is provided with No Justice and coerced into allowing the state to steal my consent. Using Wilkey to create mental sickness in the mother and child allows the public servant to have a continuous cycle of breaching the family's trust. Using their profession and the legal system to create damage to family structure and then provide them with "Unjust Enrichment." Using the Justice system to validate the abuser so they can keep abusing the family to cover up their white-collar crimes." CPS uses the legal system to abuse the process.

Keeping the system fostered stealing from families, and ongoing litigation abuse. Leave every opportunity open for an effeminate man, to inflict domestic violence or cry wolf all because she left him. At what point is the battered woman allowed to recover? "You can't." you have nonstop harassment starting at an early age. Political subdivisions have customs and policy issues. Using a boy to help them deliberately fabricate evidence with no lawful basis. *Bass v. S.C. DSS., 780 S.E. 2d 252 (2015) also see Wilson v. Garcia, 471 U.S. 261 (1985)* Using their position to violate my rights deprives me of my rights under the color of law. *42 U.S.C. § 1983 also Civil Rights Act of 1866, 14 Stats. 27-30* leading to malicious prosecution, abuse of process, civil conspiracy, false imprisonment, negligence, nonfeasance, Intentional Infliction of emotional distress, defamation, discrimination based on my spirituality, natural origin, age, sex, marital status, abuse of power and authority, taking their path, and changing the law make them all underqualified, violating the judicial code of conduct Canon 1, 2, 3, 4, and 5. Physical and psychological abuse, neglect, cruelty, exploitation, and prejudicial to my children's development operating in bad faith and intentionally misrepresenting facts. *Taylor v. Taylor, 863 S.E.2d 335, 434 S.C. 307 (Ct. App. 2021),* unwittingly exposes serious flaws in South Carolina's Family Court Rules. *Singh v. Singh, 434 S.C. 223, 863 S.E.2d 330 (S.C. 2021)* Recognizing "family courts are statutory in nature and therefore possess only that jurisdiction specifically delegated to them by the South Carolina General Assembly."

My conduct didn't meet the statutory definition of neglect or abuse; it was arbitrary and capricious, really helping Wilkey kidnap my son from me. The fact I have filed over 8 claims with the United States District court with Jacquelyn D. Austin and Kevin keep dismissing my complaint ignoring all the criminal act I had reported. In **18 U.S. Code § 4** - Misprision of felony

Whoever, **having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge** or other person in civil or military authority under the United States, shall be fined under

this title or imprisoned not more than three years, or both. (June 25, 1948, ch. 645, 62 Stat. 684; Pub. L. 103–322, title XXXIII, § 330016(1)(G), Sept. 13, 1994, 108 Stat. 2147.)

**"Misprision of felony"** is a crime that occurs when someone knows a felony has been committed but fails to inform the authorities about it. The crime originated in English common law and required that citizens report crimes or face criminal prosecution. (Common law is law originating from custom and court decisions rather than statutes.)

Due to the harshness of imprisoning people merely for failing to report a crime, most states chose not to include misprision of felony in their criminal laws. Instead, conduct that would fit the misprision definition is covered by other laws, such as those dealing with accomplice liability. Federal Law First enacted into U.S. law in 1789, misprision of a felony in the federal system is a felony punishable by a fine and up to three years in prison. The common-law rule criminalized simply knowing about a felony and not notifying the authorities. But contemporary federal law also requires that the defendant take some affirmative act to conceal the felony.

The crime has four elements: a completed felony the defendant knowing about the felony's commission the defendant failing to notify a proper law enforcement authority, and the defendant taking some affirmative step to conceal the felony.

(18 U.S.C. §4.) Typical acts of concealment include making false statements, hiding evidence, and harboring the felon. Whether someone's actions amount to concealment is for the jury to decide. State Law Most states have abolished common-law crimes. So, misprision tends to exist only in those states that adopted the common law by statute or in their constitutions.

A few states have enacted their own misprision-type laws. Even in the states where crime exists, though, **prosecutions are extremely rare.** As a practical matter, what was misprision under the common law is usually covered by other criminal laws, like those relating to being an accessory after the fact, making false statements to the police, and obstruction of justice.

To the extent that they remain, most misprision statutes apply to **failure to report a completed felony,** though some states also punish the act of **failing to report a future felony.** In the few states where it's a crime, misprision is a misdemeanor.

In states where the crime exists, more than looking the other way is often required: Typically, the failure to report must be prompted by some **"evil motive"** having to do with the crime being discovered. For example, consider an old Massachusetts case. The defendant failed to report a missing child's body because he discovered it while having an affair. A desire to keep the affair a secret (and avoid potential prosecution for adultery)—not a wish to obstruct justice—motivated his silence. So, the court held that he shouldn't have been convicted of misprision. *(Commonwealth v. Lopes, 61 N.E.2d 849 (Mass. 1945).)*

**Accessory After the Fact** Each state has its own accomplice-liability laws; the elements, and sometimes even the name of the crime, may vary from state to state. But these laws generally require that the defendant do something in order to prevent or delay someone's apprehension, and they usually cover concealing or destroying evidence. Misprision is most similar to **being an**

**accessory after the fact** because both crimes apply where there's been some act designed to conceal the commission of a crime. Most courts consider accessory laws to be the modern—and more enlightened—version of misprision laws. For instance, one difference from common-law misprision is that accessory laws require that the person give aid to the criminal—**such as harboring or warning her, concealing evidence, or helping her avoid capture.** Compounding a crime, which is usually a misdemeanor, occurs when a crime victim agrees with the criminal not to prosecute or report the crime, or to conceal it, in exchange for something of value. Most states allow for a defense of compounding where private agreements to pay restitution are involved, as long as the amount doesn't exceed what the victim reasonably believed was due as restitution for the crime.

**Compounding laws usually apply only where felonies are involved**, but some states also apply them to misdemeanors. Although many states have passed compounding laws, other laws, such as those dealing with witness tampering, may cover the same conduct. While both compounding and misprision involve concealing a crime, misprision laws don't require an agreement or the receipt of anything from the criminal.

Turning me into a felon off an improper investigation, also placing me on the Central Registry, and coerced to take classes to get my property back when I never consented to a contract with DSS, *Stern v. Marshall, 564 U.S. 462 (2011). Public servants have created their policy not following any state statute.* Non-Article III courts cannot adjudicate private rights in non-core proceedings. *Dallas Fuel Co. v. Horne, 230 Iowa 1148, 300 N.W. 303 (1941)* Ministerial officers cannot receive judicial power from the legislature. I am faced with pending charges facing up to 10 years in prison, off Wilkey's lies, due to Officer Gregg Satterfield which would make that an 18 U.C.S.§ 242 violation not follow and Criminal procedure and no invite to the probable cause hearing.

There are limitations on non-Article III courts in private rights disputes. *Palmore v. United States, 411 U.S. 389 (1973).* Instead, Chief Satterfield is helping Wilkey, retaliating against me, and working to violate The Victims of Gender-Motivated Violence Protection Law. *United States v. Morrison, 529 U.S. 598 (2000)* They knowingly recklessly, and intentionally designed their custom and used their policy to kidnap my children on deliberately fabricated lies and evidence, because my children's father weaponized off DSS while they all coercively controlled me to spending time in their degrading program that adds no value to this community. The Indian Health Care Improvement Act (25 U.S.C. 1603).

A lack of process leading to numerous due process violations, kidnapping my children, and stripping me of my liberty. *Mathews v. Eldridge, 424 U.S. 319 (1976).* Family court-erected industries are currently legally trafficking children at the financial, emotional, mental, and spiritual expense of families. State legislatures, Judges, Attorney Generals, and most of the Bar association have all acted in concert together by and through deliberate cases strategically placed in the judiciary (notwithstanding the deliberately obscured verbiage in state statutes) to ensure the reciprocal monetary gain through incentivized alienation and to ensure that parents would never find these defenses and that even if they did, relief could be foreclosed. Monetary gain through the unlawful, unjust, and unnecessary removal of the child(ren) from the parental care of the parents,

removing their parental power without just cause. Parental Power involves *PROPERTY RIGHTS* that the state cannot take away from the individual without just cause. If the state were to do so, it would violate a sacred zone of privacy rights that would upend the law of nature – which precedes the Constitution. The Indian Child Welfare Act of 1978 (ICWA, enacted November 8, 1978, and codified at 25 U.S.C. §§ 1901 – 1963) is a United States federal law that governs jurisdiction over the removal of American Indian children from their families in custody, foster care and adoption cases.

NOR shall any person be subject for the <u>same offence</u> to be <u>Twice</u> put in <u>Jeopardy</u> of life or <u>limb</u> ;(c) NOR shall be compelled, in any criminal case, to be witness against himself; NOR be deprived of life, liberty, or property, without due process of law; **nor shall private property be taken for public use without just compensation.** *[That means American due process of Law, NOT English Bankers process of Law.]*

*Oath of office,* whereas defined pursuant to *title 8 U.S.C. § 1481* stated once an oath of office is taken you cease being U.S. Citizen U.S. citizenship is relinquished, and you become a foreign, agency, or state. That means every implied Public Office is a guaranteed Foreign state, including all *political subdivisions.* (i.e. every single compensated court and that Court's Personnel are considered separate *FOREIGN Entities*

    "*The March 9, 1933* Act otherwise known as the *National Emergency Banking Relief Act* (as amended) agrees that the credit of the nation shall represent a lien and/or mortgage on all of the homes and of the property of all of the people of the nation, this would include noncitizen nationals, nationals, American Indians, illegal aliens, immigrants, Cuban Americans, Latin Am.'s, African-Americans, Negroes, blacks, whites, Hispanics, Asians, and any other people in the nation as defined in the statute and documented as the intent of the United States Congress. (See: *the congressional record of March 9, 1933, pages 78 through 83*). This act intentionally and deliberately violated the *Takings Clause*, the due process, right to property, the *Unlawful Seizure Clause*, the *Double Jeopardy Clause*, as it interfered with my right to pursue happiness and to earn a living without restraint, and I hereby formally object!"

In 12 USC § 412 Any Federal <u>Reserve bank</u> may make application to the local Federal Reserve agent for such amount of the Federal Reserve notes hereinbefore provided for as it may require.

Such application shall be accompanied by a tender to the local Federal Reserve agent of collateral in an amount equal to the sum of the Federal Reserve notes therefore applied for and issued pursuant to such application.

The collateral security thus offered shall be notes, drafts, bills of exchange, or acceptances acquired under section <u>92</u>, <u>342</u> to <u>348</u>, <u>349</u> to <u>352</u>, <u>361</u>, <u>372</u>, or <u>373</u> of this title, or bills of exchange endorsed

By a <u>member bank</u> of any Federal Reserve <u>district</u> and purchased under the provisions of sections <u>348a</u> and <u>353</u> to <u>359</u> of this title, or bankers' acceptances purchased under the provisions of said sections <u>348a</u> and <u>353</u> to <u>359</u> of this title, or gold certificates, or Special Drawing Right

certificates, or any obligations which are direct obligations of, or are fully guaranteed as to principal and interest by, the United States or any agency thereof, or assets that Federal Reserve banks may purchase or hold under sections 348a and 353 to 359 of this title or any other asset of a Federal Reserve bank. **In no event shall such collateral security be less than the amount of Federal Reserve notes applied for.**

On August 14, 1935, the **Social Security Act established a system** of old-age benefits for workers, benefits for victims of industrial accidents, unemployment insurance, **and aid for dependent mothers and children,** persons who are blind, **and persons with disabilities.**

### TITLE V- GRANTS TO STATES FOR MATERNAL AND CHILD WELFARE
### PART 1-MATERNAL AND CHILD HEALTH SERVICES

APPROPRIATION

SECTION 501. For the purpose of enabling each State to extend and improve, as far as practicable under the conditions in such State, services for promoting the health of mothers and children, especially in rural areas and in areas suffering from severe economic distress, there is hereby authorized to be appropriated for each fiscal year, beginning with the fiscal year ending June 30, 1936, the sum of $3,800,000. The sums made available under this section shall be used for making payments to States which have submitted and had approved by the Chief of the Children's Bureau, State plans for such services.

**SEC. 504.** (a) From the sums appropriate therefor and the allotments available under section 502 (a), the Secretary of the Treasury shall pay to each State which has an approved plan for maternal and child-health services, for each quarter beginning with the quarter commencing July 1935, an amount, which shall be used exclusively for carrying out the State plan, equal to one-half of the total sum expended during such quarter for carrying out such plan.(2) The Secretary of Labor shall then certify the amount so estimated by him to the Secretary of the Treasury, reduced or increased, as the case may be, by any sum by which the Secretary of Labor finds that his estimate for any prior quarter was greater or less than the amount, which should have been paid to the State for such quarter, except to the extent that such sum has been applied to make the amount certified for any prior quarter greater or less than the amount, estimated by the Secretary of Labor for such prior quarter.(3) The Secretary of the Treasury shall thereupon, through the Division of Disbursement of the Treasury Department and prior to audit or settlement by the General Accounting Office, pay to the State, at the time or times fixed by the Secretary of Labor, the amount so certified. (c) The Secretary of Labor shall from time to time certify to the Secretary of the Treasury the amounts to be paid to the States from the allotments available under section 502 (b), and the Secretary of the Treasury shall, through the Division of Disbursement of the Treasury Department and prior to audit or settlement by the General Accounting Office, make payments of such amounts from such allotments at the time or times specified by the Secretary of Labor.

## OPERATION OF STATE PLANS SOCIAL SECURTITY FRAUD FROM THE PEOPLE.

(C) With respect to fiscal year 2009 and each fiscal year thereafter, such centers shall be developed in all States, and with respect to fiscal year 2018 and each fiscal year thereafter, such centers shall also be developed in all territories and at least one such center shall be developed for Indian tribes.

(4) The provisions of this title that are applicable to the funds made available to the Secretary under section 502(a)(1) apply in the same manner to funds made available to the Secretary under paragraph (1)(A).

10/28/2024

*Latasha M. Boyd*
**Latasha Monique boyd**

c/o 115 G
Apt 1
Duncan, SC 29334

9589 0710 5270 1872 8238 00

Retail

U.S. POSTAGE
FCM LG ENV
DUNCAN, SC
OCT 28, 2024

29601

$11.82

RDC 99

S2324M50148

Honorable Helen E. Burris
300 E Washington St,
Greeville, SC 29601

ITEM X-RAYED
BY USMS

JH 609   10/30/24

RECEIVED
at 10 O'clock & 02 min P M
United States Bankruptcy Court
Columbia, South Carolina
OCT 30 2024